

FILED

JUL 09 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25 CR - 250 SEH |
| Plaintiff, | FILED UNDER SEAL |
| v. | INDICTMENT<br>[18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of Firearms and Ammunition; Forfeiture Allegation: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Firearms Forfeiture] |
| CHARLES EVERETT FRAZIER, a/k/a "Charles Hunter," a/k/a "107siccwitt," | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about January 7, 2025, in the Northern District of Oklahoma, the defendant, **CHARLES EVERETT FRAZIER**, a/k/a "Charles Hunter," a/k/a "107sicwitt," knowing he had previously been convicted of at least one of the following crimes punishable by imprisonment for terms exceeding one year:

1. Assault and Battery on a Detention Officer, Case No. CF-2011-595, in the District Court of Tulsa County, State of Oklahoma, on August 8, 2011;

2. Unlawful Possession of Controlled Drug with Intent to Distribute, Case No. CF-2010-4462, in the District Court of Tulsa County, State of Oklahoma, on August 8, 2011;

3. Possession of Marijuana with Intent to Distribute, Case No. CF-2007-0863, in the District Court of Tulsa County, State of Oklahoma, on April 9, 2007;

4. Possession of Controlled Drug with Intent to Distribute, Case No. CF-2004-4247, in the District Court of Tulsa County, State of Oklahoma, on May 27, 2005;

5. Burglary of Automobile, Case No. CF-2004-1901, in the District Court of Tulsa County, State of Oklahoma, May 27, 2005; and

   6. Possession of Controlled Substance, Case No. CF-2000-4467, in the District Court of Tulsa County, State of Oklahoma, on September 18, 2000,

knowingly possessed in and affecting interstate and foreign commerce the following firearms and ammunition:

1. A Radical, Model RF-15, .223 caliber pistol, serial number 21108032;
2. A SCCY CPX-3, .380 caliber pistol, serial number A025147;
3. Assorted rounds of .223 caliber ammunition; and
4. Assorted rounds of .380 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment, as a part of his sentence, the defendant, **CHARLES EVERETT FRAZIER**, a/k/a "Charles Hunter," a/k/a "107siccwitt," shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of such offense. The property to be forfeited includes, but is not limited to:

**FIREARMS AND AMMUNITION**

1. A Radical, Model RF-15, .223 caliber pistol, serial number 21108032;
2. A SCCY CPX-3, .380 caliber pistol, serial number A025147;
3. Assorted rounds of .223 caliber ammunition; and
4. Assorted rounds of .380 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON  
United States Attorney

KENNETH A. ELMORE  
Assistant United States Attorney

A TRUE BILL

/s/ Grand Jury Foreperson  
Grand Jury Foreperson

3